# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALLEN ODELL WOODS (#215279)

VERSUS

SETH SMITH, ET AL.

CIVIL ACTION

21-159-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr., on February 26, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the petitioner's application for habeas corpus relief is denied, and this proceeding is dismissed, with prejudice. In the event the petitioner pursues an appeal in this case, a certificate of appealability is denied.

**IT IS FURTHER ORDERED** that the petitioner's Motion to Amend (R. Doc. 21) is denied.

Signed in Baton Rouge, Louisiana the 27 day of March, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 24.
[2] Rec. Doc. 25.